AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 7:23-mj-32
United States Postal Service Priority Mail Express parcel )
bearing tracking number "EI 336 004 550 US" )
)

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

United States Postal Service Priority Mail Express parcel bearing tracking number "EI 502 428 983 US"
Return address: Al Sherrief Mahoney, 4626 Casper Drive NE, Roanoke, VA 24019.

located in the  Western  District of  Virginia  , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled substances and/or proceeds from drug trafficking

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution of a controlled substance |
| 21 USC 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:
As set forth in the attached affidavit of Task Force Officer Frank H. Figgers, III

☒ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Frank H. Figgers, III*
Applicant's signature

Frank H. Figgers, III, Task Force Officer, USPIS
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone  *(specify reliable electronic means)*.

Date: March 24, 2023

*Robert S. Ballou*
Judge's signature

City and state: Roanoke, Virginia    Robert S. Ballou, United States District Judge
Printed name and title